## Consolidated Gas Company *v.* Pittsburgh, Appellant.

Argued Jan. 9, 1905. Appeal, No. 11, Oct. T., 1905, by defendant, from decree of C. P. No. 2, Allegheny Co., July T., 1904, No. 152, on bill in equity in case of Consolidated Gas Company of the City of Pittsburg v. City of Pittsburgh and John F. Steel, Treasurer of the City of Pittsburg. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

The tax on this case was three cents per foot for each lineal foot of pipe laid.

OPINION BY MR. JUSTICE BROWN, April 17, 1905 :

The tax which the city of Pittsburgh would collect from this appellee is an unauthorized property tax, and, for the reason given in the opinion in Pittsburgh Railways Company v. City of Pittsburgh et al., No. 12, October Term, 1905, this day filed, the decree is affirmed and the appeal dismissed at appellant's costs.

